UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                             :    GOVERNMENT'S
                                                BILL OF PARTICULARS
HAFIZ MUHAMMAD ZUBAIR NASEEM,         :
and AJAZ RAHIM,                            07 Cr. 610 (RMB)
                                      :
        Defendants.
                                      :

                                      :
- - - - - - - - - - - - - - - - - - x

      Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Twenty-Six of the Indictment, as alleged in the Forfeiture Allegation, includes all right, title and interest of AJAZ RAHIM, the defendant in the following:

1. Up to $6,100,000 on Deposit in Account No. 15.5876 at Bank Julius Baer Co. Ltd (Guernsey Branch); and

2. Up to $3,651,339 on Deposit in Account No. 15.5568 at Bank Julius Baer Co. Ltd (Guernsey Branch),

Dated:   New York, New York
         October 9, 2007

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                     By:_____/s/_____
                         JOSHUA KLEIN
                         Assistant United States Attorney
                         Telephone: (212)637-2397