```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :
                                          POST-INDICTMENT
         - v. -                       :   RESTRAINING ORDER

HAFIZ MUHAMMAD ZUBAIR NASEEM,         :   07 Cr. 610 (RMB)
and AJAZ RAHIM,
                                      :
              Defendants.
                                      :


                                      :
- - - - - - - - - - - - - - - - - - - x
```

Upon the application of MICHAEL J. GARCIA, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 981(a)(1)(c), Title 28, United States Code, Section 2461(c), and Title 21 United States Code, Section 853(e), and all papers submitted in support thereof,

**IT IS HEREBY ORDERED** that:

1. AJAZ RAHIM the defendant, and all attorneys and other persons and entities acting for or in concert with the above-named defendant, businesses and/or entities having actual knowledge of this Order, shall not take any action prohibited by this Order.

2. The defendant, his attorneys, agents, employees and anyone acting on his behalf, and all persons or entities acting in concert or participation with any of the above, all of the above financial institutions, and all persons and entities having actual knowledge of this Order, shall not, directly or

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/07/2007

indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the following property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture:

    a.    Up to $6,100,000 on Deposit in Account No. 15.5876 at Bank Julius Baer Co. Ltd (Guernsey Branch); and

    b.    Up to $3,651,339 on Deposit in Account No. 15.5568 at Bank Julius Baer Co. Ltd (Guernsey Branch),

(hereinafter referred to collectively as the "Forfeitable Property"), all of which constitutes proceeds obtained as a result of the securities fraud offenses charged in Indictment 07 Cr. 610 (RMB), and as such is forfeitable to the United States upon the conviction of the defendant, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

    3.    This Restraining Order shall be binding upon the defendant, his attorneys, agents, and employees, and all persons in active concert or participation with any of the above, all institutions described herein, or any other person having actual

knowledge of this Order, and that this Order shall remain in effect until further order of this Court.

4.  The defendant, his attorneys, agents, and employees, and all persons in active concert or participation with any of the above, shall accept service of this Order by facsimile transmission provided that an original hard copy is thereafter served by regular mail.

5.  The Attorney General of the United States or his duly authorized representative is hereby directed to request that the proper authorities of the Government of Guernsey (a) enforce this Order and restrain or take the Forfeitable Property into custody pending further order of this Court; (b) serve this Order on the custodian of the Forfeitable Property, and (c) certify the same to the appropriate authorities of the United States of America.

Dated:   New York, New York
         October      , 2007
         **Nov. 8, 2007**

SO ORDERED:

_RMB_
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

3