UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
USA

                                    **Order**

                Plaintiff,

                                    07 Cr. 610 (RMB)

   - against -

HAFIIZ NASEEM, et.al.

              Defendants.
------------------------------------------------------------X

Upon the application of counsel for the defendant, Hafiz Naseem,

IT IS HEREBY ORDERED:

That Michael F. Bachner, Esq., and Kevin O'Brien, Esq., as counsel for the defendant, shall be permitted to bring their cell phones only ~~[blackberry computers]~~ to the courtroom of the Hon. Richard M. Berman for the duration of the trial beginning on December 10, 2007. Counsel keep their cell phones powered off during the trial and may use the devices in the hallway during court recess.

SO ORDERED:

_____
Hon. Richard M. Berman
December 10, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2007