

**BACHNER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

December 11, 2007

<u>Via Facsimile 212.805.6717</u>

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   <u>United States v. Hafiz Naseem, 07 Cr. 610 (RMB)</u>

Your Honor:

As you are aware, we are scheduled to appear tomorrow at 10 am to set a new trial date. Our client, Hafiz Naseem, has asked that his appearance be excused for this administrative matter. Mr. Naseem has granted our firm full authority to handle the matters scheduled to be discussed at the hearing.

Thank you in advance for your consideration of this request.

Very truly yours,

Kevin T. O'Brien

Cc:   AUSA Josh Klein (by facsimile)

> Mr. NASEEM SHOULD ATTEND THE CONFERENCE ON 12/12/07.
>
> SO ORDERED:
> Date: 12/11/07
> Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2007

12/11/07  TUE 18:47  [TX/RX NO 7982]