**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,          NOTICE OF MOTION
                                           Indictment # 07 Cr. 610 (RMB)

      -against-

HAFIZ NASEEM,

                    Defendant,
------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of Michael F. Bachner, Esq., duly sworn to the 20th day of December 2007, the Indictment, exhibits, and upon all proceedings heretofore had herein, the undersigned, on behalf of the defendant, HAFIZ NASEEM, will move this court, before the Honorable Richard M. Berman, United States District Court Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on an adjourn date to be set by the Court, for an Order dismissing the Indictment on the grounds that the retrial of the defendant would violate the Double Jeopardy Clause of the United Constitution.

Dated:      December 20, 2007
                 New York, New York

                                                   Respectfully submitted,

                                                   BACHNER & ASSOCIATES, P.C.
                                                   *Attorney for the Defendant*
                                                   *HAFIZ NASEEM*
                                                   26 Broadway, Suite 2310
                                                   New York, NY 10004
                                                   (212) 344-7778

*[Handwritten endorsement:]* Government to respond by 1·7·08.

To:    Hon. Richard M. Berman
        AUSA Joshua Klein, Esq.
        AUSA Reed Brodsky, Esq.

**SO ORDERED:**
Date: 12·27·07    */s/ Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

*[Stamp:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12-27-07