UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
USA

                        Plaintiff,

-against-

HAFIZ NASEEM, et. al.

                        Defendants.
------------------------------------------------------------x

**Order**

07 Cr. 610 (RPP)

Upon the application of counsel for the defendant, Hafiz Naseem,

IT IS HEREBY ORDERED:

That Michael F. Bachner, Esq. and Kevin T. O'Brien, Esq., as counsel for the defendant, shall be permitted to bring their cell phones/Blackberry/computers to the courtroom of the Hon. Robert P. Patterson for the duration of the trial beginning on January 14, 2008. Counsel will keep their cell phones powered off during the trial and may use the devices in the hallway during court recess.

SO ORDERED:

*[signature]*

Hon. Robert P. Patterson
January 14, 2008

