UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

Hafiz Muhammed Zubair Naseem,
Defendant.

ORDER OF REMAND
07 CR 610 (RPP)

---

**IT IS HEREBY ORDERED** that the above named defendant is remanded to the custody of the United States Marshal for the Southern District of New York.

Dated: February 4, 2008
New York, New York

_____
Honorable Robert P. Patterson, Jr.
United States District Judge

cc: U.S. Marshals

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08