UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                                   07 CR 610(RPP)

     V.                                             **ORDER**

HAFIZ MUHAMMAD ZUBAIR NASEEM,
                      Defendant.

---

**ROBERT P. PATTERSON, JR., U.S.D.J.**

     Due to inclement weather on February 1, 2008, the Court authorized the use of a car service to transport a juror in the above captioned action.

     **IT IS SO ORDERED** that the Clerk's Office is authorized to pay the invoice for the transportation of the juror to and from the Courthouse on February 1, 2008.

Dated: February 26, 2008
       New York, New York

                                                      SO ORDERED.

                                            _/s/ Robert P. Patterson_
                                            ROBERT P. PATTERSON, JR.
                                            U.S.D.J.

cc: Clerk's Office, U.S. District Court SDNY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08