

# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

April 2, 2008

**Via Facsimile**
The Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

Re:   *United States v. Hafiz Zubair Naseem*, 03 CR 610 (RPP)

Dear Judge Patterson:

I am writing with the consent of the government to respectfully request that Mr. Naseem's April 7 sentencing date be adjourned until either May 14 or 15, 2008. The adjournment is needed to allow Mr. Naseem to respond to the presentence report which has not yet been completed. Moreover, Mr. Naseem has retained the services of Edward Little, Esq., and Lisa Cahill, Esq., to work with my office on the sentencing issues. It will take a few weeks for new counsel to familiarize themselves with the sentencing issues.

Should Your Honor have any questions, please do not hesitate to contact my office.

Respectfully submitted,

Michael F. Bachner

*Sentence adjourned to May 14, 2008 at 4 pm.*
**SO ORDERED**
/s/ Robert P. Patterson
4/3/08

cc:   AUSAs Josh Klein and Reed Brodsky (via facsimile)
      Edward Little, Esq. (via email)
      Lisa Cahill, Esq. (via email)

**MEMO ENDORSED**

1

TOTAL P.02