# BACHNER & ASSOCIATES, P.C.

ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN
*ALSO ADMITTED IN NJ

www.bhlawfirm.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL. (973) 403-9550

# MEMO ENDORSED

May 6, 2008

**Via Facsimile**
The Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/08

### Re:  United States v. Hafiz Zubair Naseem, 07 CR 610 (RPP)

Dear Judge Patterson:

I am writing with the consent of the government to respectfully request that Mr. Naseem's May 14 sentencing date be adjourned until either May 29 or the afternoon of May 30, 2008. The adjournment is necessary because Mr. Naseem requires additional time to brief the various issues presented in the pre-sentence report.

Should Your Honor have any questions, please do not hesitate to contact my office.

Respectfully submitted,

Kevin T. O'Brien

*application granted. sentencing adjourned to 5/29/08 at 2 P.M.*

SO ORDERED

5/6/08

cc:  AUSAs Josh Klein and Reed Brodsky (via facsimile)
     Edward Little, Esq. (via email)
     Lisa Cahill, Esq. (via email)