**BACHNER & ASSOCIATES**
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN

*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

May 14, 2008

**Via Facsimile**
The Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
MAY 14 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Re:   United States v. Hafiz Zubair Naseem, 07 CR 610 (RPP)

Dear Judge Patterson:

I am writing with the consent of the government to respectfully request that Mr. Naseem's May 29 sentencing date be adjourned until May 30, 2008 at 2 pm. Unfortunately we neglected to consider a family conflict of one of defense counsel in our prior request to the Court. I apologize for the inconvenience.

Should Your Honor have any questions, please do not hesitate to contact my office.

Respectfully submitted,

Kevin T. O'Brien

SO ORDERED
Robert P Patterson USDJ
5/14/08

cc:   AUSAs Josh Klein and Reed Brodsky (via facsimile)
      Edward Little, Esq. (via email)
      Lisa Cahill, Esq. (via email)