4.  The departure effectively will address the loss of caretaking or
    financial support

We respectfully submit that this point is self evident.

## VI.

## VARIANCE ARGUMENTS

Post-*Booker*, the Court is required to consider multiple other factors under 18 U.S.C. § 3553, in addition to the Guidelines. *See United States v. Rattoballi*, 452 F.3d 127, 137 (2d Cir. 2006) ("A sentence must reflect consideration of the balance of the § 3553(a) factors; unjustified reliance upon any one factor is a symptom of an unreasonable sentence."). These statutory factors, "which the mandatory application of the Guidelines made dormant, have a new vitality in channeling the exercise of sentencing discretion." *United States v. Delacruz-Soto*, 414 F.3d 1158, 1166-67 (10th Cir. 2005) (internal quotations and citation omitted). In relevant part, these include: (1) the history and characteristics of the defendant; and (2) the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford general and specific deterrence, and rehabilitation. On consideration of these and other section 3553 factors, the Court now has clear discretion to give the defendant a non-Guidelines sentence. Moreover, Congress requires that the Court sentence the defendant to the minimum necessary to comply with the sentencing purposes in (2) above.

A.  The History and Characteristics of the Defendant
    Under 18 U.S.C. § 3553(a)(1)

While the jury has spoken, and this is not the proper forum for challenging its verdicts, it can nonetheless be stated that its determination that Mr. Naseem was engaged in criminal conduct is out of character and contrary to the manner in which he

has lived his life.  We respectfully refer the Court to section III of this brief for the

leniency argument rising from Mr. Naseem's "history and characteristics."

B.  The Need for the Sentence Imposed to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense; to Afford Adequate Deterrence to Criminal Conduct; and to Protect the Public From Further Crimes of the Defendant

Congress has mandated that the Court impose the *minimum* sentence

necessary to satisfy the purposes of sentencing, that is, reflecting the seriousness of the

offense, promoting respect for the law, providing just punishment, affording general and

specific deterrence, and rehabilitation.  18 U.S.C. § 3553(a).  We respectfully submit that

in the case of a defendant who had no prior record; whose present incarceration and

possible continued incarceration through the pendency of an appeal certainly reflects the

seriousness of the offenses the jury found him guilty of and serves as a deterrent to

potential inside traders; who has suffered for his crimes already, including the losses of

his liberty, a reputation he spent a career building and a career he spent his adult lifetime

building; and whose continued absence would have a profound adverse impact on his

family, a sentence of minimal custodial length is the minimum necessary to satisfy those

purposes.

We also emphasize that there can be no serious dispute that Mr. Naseem

poses a negligible risk of recidivism.  According to *Measuring Recidivism: the Criminal

History Computation of the Federal Sentencing Guidelines* (May 2004) (Exhibit D),

offenders who are college graduates and fit in Category I of the Criminal History

Category only recidivate 7.1% of the time.  *See Measuring Recidivism,* at 12 and Exhibit

10.  Additionally, Mr. Naseem's age, marital status, no prior history of drug use and non-

violent offense all place him in the lowest recidivism categories. *Id.* at Exhibits 9, 10 and 11.

## VII.

## <u>CONCLUSION</u>

       Hafiz Naseem respectfully requests that in imposing a just sentence, the Court balance the verdicts in this case against the record of his lifetime and also consider the very real price Mr. Naseem and his family have already paid for the conduct that is

the subject of this case, and will continue to pay at least through the pendency of his

appeal.  We hope that that consideration will lead the Court to a lenient sentence.


Respectfully submitted,

Edward J.M. Little
Lisa A. Cahill
Hughes Hubbard & Reed, L.L.P.
One Battery Park Plaza
New York, New York 10004-1482
Telephone:  (212) 837-6000
Fax:  (212) 422-4726


Michael Bachner
Kevin O'Brien
Bachner & Associates, P.C.
26 Broadway, Suite 2310
New York, New York  10004
Telephone:  (212) 344-7778
Fax:  (212) 344-7774

# EXHIBIT A

New York,
6 March 2008.

Your honour,

I have had the pleasure of knowing Hafiz Muhammad Zubair Naseem and his wonderful family for twenty years. It has been an association and friendship that has blossomed and strengthened over time.

Together, we have celebrated success and progress. From our student days in Lahore to the pursuit of our respective professional careers years later here in New York, we always endeavoured to give our fullest and to achieve the best.

We have also lived through tragedies, sharing each others' grief and pain. I remember Zubair, 13 years ago, completely shattered at the sudden death of her youngest sister, Mah-Noor, in her sleep. And as God blessed me with our first daughter around that time, Zubair wished that I name her alike. I was only half successful though. My daughter, Noor-ain, is now 13.

But perhaps the name was to be completed when Zubair and Ayesha would be blessed with a lovely daughter, Mah-een, a few years later. That Mah-een was a "special child" made Zubair's love for her even greater. Mah-een's medical treatment was always at the back of his mind. It was also a driving factor in Zubair's decision to come to the United States. And we have seen how tremendously Mah-een has improved and responded to the treatment here, and which must continue for her to be a normal child.

Coming back to my acquaintance with Zubair, I would just like to add a few words. He would never hurt a person. His nature and personality are such that he would befriend anyone. He would go out of the way to help others. I found him unable to say no to anyone. More than anything else, he was able to maintain the perfect balance in his life, in according time and attention to his family on the one hand, and friends and colleagues on the other. Even in education, he had the best of both sides – a "Hafiz" of Quran (he has learned the Holy Book by heart), and a graduate of prestigious institutions of

1

Pakistan (University of Engineering and Technology, Lahore; and the Lahore University of Management Sciences) and of the United States (The New York University). He had so much time for everything that it was amazing. He would often refer to me new books on current affairs and international relations that he would have read or bought.

Zubair was cognizant of the heavy responsibilities he had to shoulder. The welfare of his family, and his integrity and reputation were always at the back of his mind. To err is human, to forgive divine. He must be allowed the chance to repent and to make amends for the suffering that he himself and his loved ones have endured during these couple of months. His place is with his family, nowhere else.

It is not only about Zubair. The future of an entire family is at stake. I request, with all humbleness, that your honour would take a holistic and compassionate view in deciding this matter. In making that request, I have nothing in mind but the real life story – from Mah-Noor to Mah-een. This is the least we all owe to that little girl of Zubair. God bless you.

Yours sincerely,

(Asim Iftikhar Ahmad)
Counsellor
Permanent Mission of Pakistan to the United Nations,
New York.

Residence:
10 River Road, # 15-L,
New York, NY, 10044
Tel: 1 212 832 3633

2

Honorable Judge Robert P. Patterson                    March 09, 2008
United States District Judge
United States Court House
500 Pearl Street
New York, NY 10007

Re: United States   V. Hafiz Zubair Naseem
      03CR610 (RMB)


Honorable Judge :

Allow me to introduce myself, while I am in complete distress, torture, mental agony and a very unfortunate person. My name is Chaudhry Waheeduddin Ahmad. I am retired civil servant. I was Deputy Commissioner / District Magistrate Government, of Punjab, Lahore, Pakistan. I am an old man of 73 years of age. I am a patient of hypertension and at this stage of my life and while I am sick I have no courage and ability to bear the situation which is being faced by Mr. Hafiz Naseem. I am father in law of Mr. Hafiz Naseem. **My youngest daughter Ayesha Zubair was married to him in the year 1997. My daughter has two kids and she is one of my unfortunate children facing the present situation of her husband. She is under constant difficult situation and terrible times ever since she was married to Mr. Hafiz Naseem. When my daughter got married Zubair Naseem, he was a student in Lahore University of Management Sciences (LUMS) doing his MBA. She used to help her husband in his studies and gave him all the facilities, which a wife could give to help her husband complete his education. Hafiz did his MBA with distinction.**

My daughter have two children , the son Danish Naseem aged 10 years student of 5th grade  and daughter Maheen Naseem aged 07 years. My daughter is a person who is in difficult time and crisis since the birth of her daughter Maheen Naseem.. **Maheen Naseem was born premature and my daughter had to put in her day and night efforts to raise this child. Since Maheeen was born pre mature, she continued to remain sick and Ayesha put in all the efforts in to save the life of this child. Ayesha Zubair remained in trying and difficult situations and also an unfortunate person, as when Maheen Naseem was about one year of age when Pakistani doctors diagnosed her with Cerebral Palsy  (CP). It was further declared that she would never be able to walk and would remain handicapped for the rest of her life.**

Both Hafiz Naeem (father) and Ayeshe Zubair (mother) continued crying for a year and ran post to pillar to get some treatment for Maheen Naseem, as this was their biggest shock of life.  **Mr. Hafiz Naseem was told that her treatment could be available in the United States. He was a well-placed banker in American Express, Karachi, Pakistan when he decided to come to USA with the prime object of the treatment of her daughter in 2002. Maheen Naseem also went through Slective Dorsal Rhizotomy Surgery, which is an extensive and a sensitive neurosurgical procedure on her back in order to modulate the abnormal tone in her lower extremities.**

**She is still in need of extensive lower extremities release surgery and possibly bone intervention. The present situation of her father Mr. Hafiz Naseem brought certain difficulties for the continuing treatment of Maheen Naseem.**

**Because Ayesha lacks the skills to obtain employment in the United States, the loss of Hafiz will soon result in a complete lack of health insurance for Ayesha, Maheen and Danish. Ayesha and the children were covered by Hafiz's medical benefits at Credit Suisse until he was terminated in May 2007. Since that time, they have received medical benefits through COBRA, which has allowed Maheen to receive the care she desperately needs and provided Ayesha with peace of mind that her family's medical needs will be covered. Unfortunately, COBRA coverage terminates in October 2008. Ayesha simply does not have the job skills to obtain suitable employment or the financial ability to obtain the private insurance necessary to cover herself and her two young children. The resulting damage to Maheen, and possibly Ayesha and Danish as well, will be severe.**

Mr. Hafiz Naseem was bright and special student in his academics. He was admitted in the stern school of business in New York and graduated in MBA finance. After his graduation and in search of his job he was given a position in JP Morgan and later he joined Credit Suisse Bank where the present situation occurred. Mr. Hafiz Naseem was obedient , intelligent and was a person of help to needy whenever a person needed him. **He has no previous criminal record and his life in the Unites States was smooth except the illness of his daughter Maheen Naseem, who's treatment he along with his wife Ayesha was the most worried. He is a clean-hearted man helpful to all and a useful citizen for the community.**

**Ever since my daughter was married to Hafiz Naseem I found him an excellent person, straight forward who was living with high moral values. He was very helpful to his collogues, neighbors, ex piers and to the community. He was always ready to help the needy people.**

He had no criminal record. He always had put in great efforts in conducting his life in a highly moral manner and used to teach his life style with high moral values to his kids, his family and the other people around him.

Mr. Hafiz Naseem is a family man. He was looking after his wife as a good husband his two kids Danish Naseem and Maheen Naseem as a very good father. His all efforts were to educate his two kids Danish and Maheen to the best possible standards of academics and morality. He was always obedient to his old parents and was helping them to best possible extent possible to him. He also used to give me a lot of respect as a father in law. He was very helpful to give me comfort as far as possible.

**Any punishment given to him is in a way will be punishment to his wife , to his two small kids, his parents, other family members, the parents of his wife Ayeshe**

Zubair. The two small kids Danish and Maheen have already started feeling the absence of their father and feel punished that their small needs which their father used to provide are no longer available any more because of the financial constraints and other multiple factors.

Mr. Hafiz Naseem being the only earning hand and a breadwinner of the family was a leader in his house and especially when his wife Ayesha Zubair was not working. He has a young wife who is in need of protection of the husband. His children need his continuing guidance in order to develop in to good citizens. The son Danish is in pre teens and is in stage where the children need the utmost care, guidance and surveillance of the father. This is his age when the children fall in to bad habits and go astray when there is no supervision of the father. It is to the benefit of the children and society so that deprivation of the role of the father in attaining the maximum potential to become a good citizen and this is important for the community as the individuals and the human beings form the community.

Mr. Hafiz Naseem was an inspiration to his colleagues , his family and the for the community. His absence would affect his wife , his children, his parents, his in laws , his other relatives and many people of the community. All the above noted persons or all innocent people and bystanders would be punished for no fault of theirs.

Hafiz Naseem being the eldest of the family is the most important person, with out him his family is incomplete, no event and no celebration in the family is complete without his involvement and support.

The last one-year was the most difficult, terrible and crucial period in my life. I have been living like a scared man who does not know what will happen if hafiz Naseem is sentenced to prison. My daughter Ayeshs and her two kids Danish and Maheen Naseem are almost finished and only God knows how they would be able to survive without Hafiz Naseem. This very thought makes my life very miserable and difficult, specially being very old and also sick.

Your honor I being old and 73 years of age, beg your mercy, leniency and pardon for Hafiz Naseem for the sake of innocent souls of his immediate family, his wife Ayesha Zubair and his two innocent children who have lost the love and affection of their father.

Chaudhry Waheeduddin Ahmad
(Father in Law)

March 11, 2008

Honorable Judge Robert P. Patterson
United States District Judge
United States Court House
500 Pearl Street
New York, NY 10007

Re: United States V. Hafiz Zubair Naseem
    03CR610 (RMB)

Dear Judge,

**My name is Kishwer Waheed Uddin Ahmed. My daughter Ayesha Zubair is married to Hafiz Naseem. I am an older lady of 63 years of age. I am a physically sick person who is suffering from hyper tension and thyroid. At this stage of life I have no courage, ability, and stamina to be in the situation which is being faced by my son in-law Hafiz Naseem.**

**My daughter Ayesha Zubair has two children, son Danish Naseem age of 10 years, student of the 5th grade and a daughter Maheen Naseem age of 7, student of the 2nd grade. My granddaughter Maheen Naseem was born prematurely and ever since then my daughter had to put in her day and night efforts to raise this premature baby. My daughter Ayesha Zubair is really an unfortunate person, when Maheen Naseem was 1 year of age, she was diagnosed by the doctors in Pakistan that she's a patient of Cerebral Palsy (CP). It was further declared that she will never be able to walk and would remain handicapped for the rest of her life.**

My son in-law Hafiz Naseem and Daughter Ayesha Zubair continued to cry for weeks, months, and years as they were having the biggest shock of their life on account of their daughter being handicapped for the rest of her life. Hafiz Naseem and Ayesha Zubair ran from pillar to post to get treatment for their daughter Maheen Naseem, both of them are since then facing an extremely hard time and are always worried for their daughter.

**The doctors advised Hafiz Naseem that the treatment of her daughter could be available in the United States. Hafiz Naseem was very well placed in American Express Bank, Karachi, Pakistan; when he decided to move to USA with the main object of the treatment of his daughter in 2002. My granddaughter Maheen Naseem went through Selective Dorsal Rhizotomy Surgery, which was an expensive and sensitive neuro surgical procedure on her back. She's still in need of extensive Lower Extremities Release Surgery and possibly Bone Intervention. The present situation of her father Hafiz Naseem would definitely hamper the continuous treatment of Maheen Naseem.**

Ever since Hafiz Naseem was married to my daughter, I found him a person, who is straight forward and has high moral and religious values. He was very helpful to the unfortunate people and always helped them. He's such an excellent soul that arranged marriages for the less fortunate people around him in the community. He had no criminal record; he had always put in great effort conducting his life in a highly moral manner and led his lifestyle with highest values of the society.

**Mr. Hafiz Naseem is the only earning hand and bread winner of the family, so he is a leader in the house and especially when his wife Ayesha Zubair does not work as she had to look after her handicapped daughter. Ayesha Zubair as a young wife is in need of protection from her husband. His children need his continuing guidance in order to develop as good citizens. Their son Danish at the age of 10 years is at the stage where he needs the utmost care, guidance, and surveillance of his father. This is the age when the children fall into bad habits if there is no fatherly protection. They go astray. It is to the benefit of the society that the children are brought and developed as a good citizen and therefore their deprivation, the role of the father in attaining the maximum possible potential to become a good citizen can't be denied.**

**Mr. Hafiz Naseem being the eldest of the family is the most important person, without him his family is incomplete. Not even a celebration in the family is complete without his involvement and support. Your honor, the last 1 year had the most difficult, terrible, and crucial period of my life. I have been living in a state of fear and anxiety who does not know what will happen to my daughter Ayesha Zubair, their two kids Danish Naseem and handicapped daughter Maheen Naseem if their father is sent to prison. They are almost finished, all the time crying and living in a state of uncertainty and fear on the very thought that how will they be able to survive without Hafiz Naseem, if he's sentenced to prison.**

Your honor I being an old lady of 63 years of age beg your mercy and leniency for the sake of innocent souls of Hafiz Naseem' s family, who have lost love and affection of their father. Please spare him from prison.

*Kishwer waheed uddin Ahmed .*

Kishwer Waheed Uddin Ahmed
(Mother In-Law)

The Honorable Robert P. Patterson

United States District Judge

United States Courthouse

500 Pearl Street

New York, New York 10007

**Sub:** <u>United States v. Hafiz Zubair Naseem, 03 CR 610 (RMB)</u>

Your Honor,

My name is Mrs. Parveen Akhtar and I am the mother of Hafiz Zubair Naseem. I am writing to tell you about the character and life of my elder son, Hafiz Naseem. He has always been a very innocent boy who is very simple and pure at heart. He has always been very obedient and hard working. Ever since he was a young boy he has followed my every instruction and has never made me angry. Whenever I was mad at him about something, he would not rest until he had patched things up with me. He was always willing to do whatever made me happy. He used to be a very hard working, honest and outstanding student. He was also learning the Holy Quran by heart, as well as doing his normal school studies, only because I wanted him to. He was always among the top students of the class, acquiring the highest grades and being among the toppers in all the major examinations in our country.

It was this dedication and ambition that drove him first to get his Bachelors in engineering, then doing M.B.A from one of the leading business institutes of the country and then starting his job as a banker, a profession he used to feel very passionate about. Once he started his job with American Express Bank, he used to get the best employee of the month certificated frequently. His friends, employers, colleagues and all our relatives have always been telling me how lucky I am to have such a brilliant, hard working and honest son. Parents give his examples to their kids to make them work harder and to become better human beings. He has always made me proud of having him as a son.

I am an epilepsy patient and Hafiz Naseem is one of my only two sons. I had only one daughter, who was younger than her brothers, who used to look after me all the time and who passed away when she was only 19. Our entire family went through the shock of our lives after her sudden and unexpected death. It was only because of the extra love and attention and 24 hours care that Hafiz Naseem gave me, that I was able to pick myself up and look at the prospect of living my life once again. After that, all my attentions were focused all the more on my 2 remaining kids, especially Hafiz Naseem, as my younger son was away with the army. He has been my whole life and soul for such a long time. I could not imagine living my life without him even for one single day. But when he had to go to America and asked for my permission, I allowed him, only because of his daughter's condition. I know that the medical attention that she can get there can never be given here in our third world country. But it was always understood that once his daughter was cured, he would come back because he knows that it is

very difficult for both me and his father to live without him for an indefinite period of time in our old age and deteriorating health condition. There have always been many people willing to employee him once he gets back here. But he assured me that the world has now become a very small place, he will call me every day, and if there is any time when I need him here beside me, he will be here in a matter of hours. This was a huge assurance for me and his father, who were afraid that we will be alone if we need anyone besides us in our old age and poor health conditions. But now it has been over a month that I haven't even heard his voice. How will he come to me if I need him?

Since he went to America, we have visited him twice. It was not possible for me not to see him for a long period of time. So even when it was very difficult for me, I still went to him. I saw him facing hardships that he didn't before, but still he endured all these hardships because his main goal was the health of his young daughter, he is very attached to her as he sees in her not only his only daughter but also his late sister. and then achieving success in his banking career. But still he has always been very attentive and caring towards us there too, even when he had to work so hard in his job and had very little spare time. But he gave us all the love and attention that he could under those circumstances.

Also it was his dream to excel in his work as a banker. I think that it started ever since he started thinking of a career. It is his hard work of not only the 2-3 years in America, but also for the last 37 years. He has always been working very hard, through his childhood, his teens all the way till now. Just seeing his entire life's work go down the drain, to see the career he worked so hard for lost forever, is a huge punishment, not only for him, but also for us, his parents, who have been there with him every step of the way. We are witnesses to how hard and honestly he has worked and how sincere he is to his career.

I know my son to be a very honest and straight forward person. He is always willing to help anyone in need. He is always giving servants monetary help without letting us know, so that we don't restrain him from spending too much on them. He is always helping people in their medical care and in the marriages which take up so much money here. There are so many instances of him helping people out in their miseries that it will take pages to even mention all of them. He is a very honest person who has never deliberately hurt or cheated anyone in his whole life. He is always ready to help out his family and friends whenever they need a hand. He is a very sincere person, very pure at heart, always there for everyone and just the most exemplary son any mother can be lucky enough to have. Me and his father have been very miserable and under a lot of stress the entire last year, ever since this terrible news reached us. We have been unable to lead a normal life. Our health and psychological conditions are in the worst state ever. I will never be able to bear the thought of him living away from his family and home. I am afraid to think what will become of his young kids and his wife. What about my poor granddaughter, who is already in so much pain and stress? What will happen to his son who is about to enter his teenage, when a son needs the guidance of his father the most? What

will happen to his young wife who has no idea how to earn a living on her own and who looks at her husband for support in all areas of life? And what about me and his father? We are old and our health and our age do not give us any strength to undergo a worst situation than we are in right now. How can we live a normal life when we know that our son is alone, without his family, deprived of all the facilities that have always been a part of his life, with his dream to excel in his work taken from him under such circumstances? The punishment that you give him will not be his alone. It will be for all of us. His family and his friends who are so attached to him and who know that with Hafiz Naseem in our lives, our world is a better and happier place. With him away, there is no happiness and the world is an empty place. Please have mercy on all of us and make him a part of our lives again. This is a humble request from a sick old lady, who cannot even dream of living without his son safe and sound in her life.

Respectfully yours,

*Parveen Akhter* Mrs.Parveen Akhtar

Mother of Hafiz Muhamad Zubair Nasim



# Dr. Javed Akram

M.D., M.R.C.P. (UK) F.R.C.P. (Lond.), F.R.C.P. (Glasg.), F.R.C.P. (Edin.),
F.A.C.P. (U.S.A.), F.A.C.C. (U.S.A.), F.A.S.I.M. (U.S.A.).

PROFESSOR OF MEDICINE,
KING EDWARD MEDICAL COLLEGE, LAHORE.

To whom it may concern

Mrs. Parveen Akhter, mother of Hafiz Zubair Naseem is 59 years old. She is suffering from epileptic disease since last 37 years. She is on heavy tranquilizer and other medicines. She is under my treatment since last sixteen years. Prior to this she was under the treatment of different well known and respected doctors of Pakistan.

For the first three years, while she was under my treatment, her condition improved considerably. In 1995 unfortunately her only daughter aged 19 years who was also responsible for taking care of Mrs. Akhter passed away which gave her a severe shock. Her condition deteriorated after that. She was diagnosed heavy medication in order to keep her life normal. She is very sensitive and attached to her two sons, namely Hafiz M. Zubair Naseem and Muhammad Usman Naseem.

Ever since Hafiz Zubair Naseem, her eldest son left for United States for the treatment of his daughter who has cerebral Palsy, her condition could not improve, particularly in this past one year, her condition deteriorated further. It seems that she is under heavy mental pressure.

This state of affairs is not only obstructing her recovery but also leading her to suspected hallucinations. If this persists for a long time, she may have to be admitted to an institution for mental health. Besides increase in epileptic problem, she also developed Ataxia and psychiatric ailments like disturbed mood lack of interest in routine work. With heave medication, she has also lost hearing capabilities from both ears.

In view of circumstances explained above it is very essential that further mental stress be avoided and family circumstances be improved.

Professor
DR. JAVED AKRAM
M.D. M.R.C.P. (UK), F.R.C.P. (Lond.)
F.R.C.P. (Glasg.), F.R.C.P. (Edin.), F.A.C.P. (USA)
F.A.C.C. (USA), F.A.S.I.M. (USA).

CONSULTING ROOM & CORRESPONDENCE: AKRAM MEDICAL COMPLEX 2-B, Main Gulberg, Lahore - 54660 Pakistan
Telefon: (042) 5710400 (8 lines) Telefax: (92-42) 5710822 & 5751488 E-Mial: iakram@medscape.com

The Honorable Robert P.Patterson                    Dated:<u>1 April,2008</u>.
United States District Judge
United state Courthouse
500 Pearl Street
New York, New York 10007.

Re: United States V. Hafiz Naseem,03 CR 610 (RMB)

Respected Sir,

My name is Farah Amer and Hafiz Naseem is husband of Ayesha Zubair my younger
sister in law. Ayesha considered herself very fortunate after she got married to Zubair.
She used to describe him as a very caring, considerate and hardworking person. Zubair
earned respect for himself in the family because of his friendly nature and concern for all.
The couple was always admired because of tremendous understanding. It was always a
pleasure to have them in the family. Zubair was a good natured person and was a caring
husband and father. He used to adore his family and worked very hard to provide the best
in life to his family.

Zubair's daughter Maheen was diagnosed to be suffering from cerebral palsy a few years
back. Every member of the family was shocked and was in tears to learn about the
suffering of the young child. There is no proper treatment of the same in Pakistan. Then
Zubair took a decision to move to United States for the treatment of his daughter and in
2003 all the family moved to USA for the better medical treatment of Maheen. Every
body was pleased and relaxed because of the hope and better prospects of a good
treatment in the USA for Maheen. She is such an adorable child because of her sweet
smile and intelligence. We all were praying for a miracle to take place and that she would
just be fine after the latest medical treatment is afforded to her in the USA.

Zubair's episode has shattered the whole family. Maheen's treatment has also suffered due
to this. Children do need the love, affection, guidance and presence of their father on
every step. And in case of Maheen she is so used to of her father's affection that she
would not be able to develop as a healthy and happy child in the absence of her father.
Zubair's presence around her is absolutely essential for the smooth medical treatment and
recovery of the child. The future of Maheen's medical treatment hinges upon the fate of
her father. The dreams and hopes of a wonderful life full of joys and colours for Maheen
would be lost for ever in case Zubair gets imprisonment. Maheen's smiles, intelligence
and prospects of a decent life after medical treatment would receive a serious blow in
case of her father's absence from her life.
Your Honor, my humble and respectful request is to give a sympathetic consideration to
all the facts mentioned above and have mercy. Your kind consideration of the humble
prayer would help save the dreams and hopes of an innocent child vying for a decent life
after treatment. Whose future along with future of so many other lives in the family is
dependent on the fate of Zubair.

Farah Amer.        *Farah Amer*

March 9, 2008

The Honorable Robert P. Patterson

United States District Judge

United States Courthouse

500 Pearl Street

New York, NY 10007

Your Honor,

My name is Amit Arora and I am a consultant with a boutique management consulting firm called IBB Consulting Group. Prior to that, I was working for Turner Broadcasting (owner of CNN / owned by Time Warner) in Atlanta, GA as Director, Business Development.

I am writing this letter to attest to the moral character of Hafiz Zubair Naseem. I know Hafiz from our MBA days at Stern, NYU. At Stern, Hafiz always stood out as a loyal and helpful friend. He was always there to listen to his friends' problems and offer whatever help he could provide. He was also an extremely courageous man who dealt diligently with the medical situation confronting his daughter with remarkably high spirits. During our classes together, I also found Hafiz to be extremely smart but never someone who kept his interests ahead of others to score better in school.

I am extremely shocked by these unfortunate circumstances confronting Hafiz. And I hope that in light of his acute family responsibilities and his extremely helpful nature, you will exercise as much sympathy as possible in passing your sentence. Not only his, but his family's, life rests on that.

With Kind Regards,

Amit Arora

101, East 16th street, #6k

New York, NY 10003

March 11, 2008


The Honorable Robert P. Patterson
United States District Judge
United States Court House
500 Pearl Street
New York, New York 10007


RE: United States V. Hafiz Zubair Naseem 03 CR 610 (RMB)


My name is Khawaja Adeel Aslam; I am presently running my textile export business in Lahore Pakistan. After my graduation from MBA School, I have worked 14 years with American Express Bank Ltd. in Pakistan from where I resigned at end of 2001 as Country Head of Corporate Banking in Pakistan, to pursue my own business. Zubair joined our Bank in later half of 1997 in Lahore and I have known him personally from Nov. 1997 when I moved to Lahore to take over as the Northern Area head. Since then, I have watched him mature personally and professionally and exhibit both personal and professional traits that not only endeared him to all around him but put him on the fast track professionally.

Professionally, Zubair exhibited a keen desire to excel in his work (and he did), and a great sense of responsibility and devotion to his job. He was not only a quick learner but helped others to learn often by spending extra time on his own. Very soon after completion of his training he was increasingly selected to work on difficult transactions with senior colleagues and entrusted with assignments normally not handled by others in his cadre. His professional achievements were reflected in continuously excellent appraisal ratings.

On the personal front, despite the difference in years and professional level, I came to like him intensely due to his helpful and open nature. His religious upbringing added to his gentleness and concern about the society and others around him. When it was discovered that his daughter was suffering from Cerebral Palsy, he became increasingly concerned but exhibited a sense of determination and courage. He consulted with me for his future plans to move to USA and continue his profession there and get his daughter treated and enrolled in one of the best business schools. We have remained in constant touch since then and while he put himself quickly on a sound and successful professional track, his central focus remained the continuing and successful treatment of his daughter. He frequently talked about returning home once the treatment is completed and work for the country to be able to contribute to the economic growth here. He in fact selected to work in the energy sector after consultations as Pakistani energy sector exhibited great potential for growth with many multinational companies eyeing opportunities in exploration and power sectors.

Honorable judge, in the last almost one year, I have watched the suffering Hafiz and his family has gone through and his friends back home have suffered as well to see their plight. He has gone through a period which has not only destroyed his professional career but taken a very high personal toll in seeing his wife, children and parents suffer and his character maligned by the press and many around him who have not known him closely.

Sir, while I respect the verdict handed in by the Jury, based on my long association with Hafiz Zubair, I find it hard to believe that he has or will engage in a money making scam. While I am sure that Hafiz Zubair will be appealing the decision, I implore you to keep in mind his clean background and most importantly his suffering family and friends while you decide on his sentence.

Sincerely

Khawaja Adeel Aslam
Keystone Textiles
21 km off Ferozepur Road
Chughtai Road
Lahore, Pakistan

March 16, 2008


The Honorable Robert P. Patterson
United States District Judge
United States Court House
500 Pearl Street
New York, New York 10007


RE: United States V. Hafiz Zubair Naseem 03 CR 610 (RMB)

My name is Kapil R. Bhatia. I am a Senior Associate with Booz Allen Hamilton in New York. I know Naseem from my days at NYU. Naseem was my batchmate in the MBA program at NYU Stern School of Business. Naseem had tremendous amount of experience prior to NYU and he was always willing to give advice. I valued his candid and precise counsel. He was also a friendly person to be around with – all friends enjoyed his company a lot. Naseem was also a helpful person. As a student in my first few months in this country during recessionary times of 2002, Naseem was kind enough to introduce me to an acquaintance of his who provided me with valuable job search advice.

On the personal front, I knew his chief concern was the continuing and successful treatment of his daughter. I know that was his main priority. Honorable judge, in the last almost one year, Hafiz and his family have gone through a rough time period. Sir, while I respect the verdict handed in by the Jury, I request you to keep in mind his family and immediate circumstance. I hope you will chose the most lenient sentence possible.

Sincerely,


Kapil R. Bhatia
Senior Associate
101 Park Ave
New York NY 10178

To

**The Honorable Robert P. Patterson**
**United States District Judge**
**United States Courthouse**
**500 – Pearl Street**
**New York**
**New York – 10007**

**Re: United States vs. Hafiz Naseem, 03 CR 610 (RMB)**

Respected Sir,

My name is Muhammad Akram Bilal & I have had the privilege of being a friend of Hafiz Naseem for than 20 years. He was always known as a person who pulls out all the stops when it comes to helping a person in need.

Your honor, I & Hafiz Naseem had done our **Bachelors of Engineering** together from **University of Engineering & Technology Lahore, Pakistan in 1993.** He was a great friend and always ready to help everybody who was in need. In the university we were running the blood donor society and he was an active member of that society. A number of times he donated blood to deserving patients on just humanitarian grounds. As a friend he was ready to help all the friends. Everybody, whenever in any trouble went to him for help because he never said No to anybody.

In addition to a good human being and a good friend, he was a very obedient son too. He looked after his parents as his moral duty. He was always there to help his parents any kind of need.

Honorable Judge, words can not describe my feelings at seeing a man, who has done so much for so many people I know, going through such a dark period. I sincerely beg you to take into consideration as how many lives he had enlightened with his compassion and to have compassion upon him. Please have mercy on his children.

**Thank you so much.**

**Best Regards,**

**Muhammad Akram Bilal**
**Islamabad, Pakistan**
**Dated: 05, March 2008**



March 13, 2008

The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: _**United States vs. Hafiz Zubair Naseem 03, CR, 610 (RMB)**_

Your Honor,

It was indeed unimaginable for me that I would ever be writing to an honorable judge of the United States but the gravity of the matter makes this incumbent upon me. I write in connection with Hafiz Zubair Naseem, whose appeal will be heard by Your Honor.

I have known Hafiz Zubair as an alumnus of the business school we both attended a couple of years apart in Lahore, Pakistan. What started as a casual acquaintance has grown into a relationship of mutual personal and professional respect as our paths crossed many times in connection with my company's professional banking requirements and Zubairs' role as a corporate banker with the American Express Bank. I may add that my family owns the largest retail operation in Pakistan. I always found him to be not only unusually concerned and understanding about the well-being of his clients but at the same time he spared no effort to ensure that the banks' assets were well protected and the interests of its shareholders and management safeguarded. His caring personal demeanour and his professional competence and integrity led to my developing a deep respect for him. Even today, I would be fortunate if I could hire such a man for my growing business development efforts; he would be an asset in dealing with both local issues and foreign partner dealings.

It was this with great sadness and shock that I learned of his problems in New York, a destination he had chosen only to try and provide the best medical care in the world for his ailing daughter. Alas, all the progress we heard about his daughter was rudely cut short by the shocking events that threaten to deprive us all of a good, caring individual and his family of the main pillar of support for a long time. I cannot imagine that Hafiz Zubair would ever place the family he loves so deeply at so much risk; he often expressed his gratitude to New York University for not only equipping him with excellent professional skills but also for the medical insurance that was instrumental in providing for his daughter's major surgical expenses.

I plead with you for kindness and understanding and to act with compassion to save a good man and his family from more ruin than we can imagine.

Very truly yours,

Shehryar Buksh
Chief Executive Officer
HKB (Private Limited)
Kot Lakhpat, Lahore
Pakistan.

Corporate Office

206-S Quaid-e-Azam Industrial Estate, Kot Lakhpat Lahore 54770
UAN : +92 111-452-452, Fax : +92 42 515 3471
Liberty : +92 42 575 5678-80

www.**hkbstores**.com

The Honorable Robert P.Patterson                    Dated: 2 April.2008.
United States District Judge
United State Courthouse
500 Pearl Street
New York,New York 10007.

Re: United States V. Hafiz Naseem,03 CR 610 (RMB)

Respected Sir,

My name is Amer Waheed Chaudhry and Hafiz Naseem is husband of my real younger
sister. I still remember the day when I met Zubair and his family with my parents and
after a short while I started liking Zubair because of his behavior i.e. very kind, simple
and friendly. My sister was an extremely happy person after she got married to Zubair.
The couple was always considered to be an ideal one because of excellent bonding,
understanding and loyalty for each other. Zubair did his MBA from LUMs a leading
business school of Pakistan with distinction and started his career from AMX Bank.

Zubair used to visit us with my sister and always provided excellent family reunions. He
is a wonderful conversationalist. It was always a pleasure to discuss with him about
various beauties of life i.e music, culture, movies, sports , etc. He was more than a real
brother for me because of his affection, sincerity and friendly nature. Zubair faced the
untimely death of his younger sister with patience and courage who had died in her
teenage in 1995. He has proved to be a very obedient and caring son for his sick mother
who is suffering from Epilepsy for the last 37 years.

Zubair was blessed with a son Danish Naseem in 1998 and a daughter Maheen Naseem in
2000. He was very happy and worked very hard for his family. Life presented him with
another challenge when he came to know that his lovely daughter who is very intelligent
and sharp has cerebral palsy. It was a great agony and torture for him and the whole
family to learn that their daughter could not walk and play with her cousins and friends.
Then he started planning to move to USA for the treatment of his daughter Maheen
Naseem because no treatment was available in Pakistan for cerebral palsy. Zubair and his
family finally moved to USA for the medical treatment of their daughter in 2003.

Maheen is under the treatment of Joan T.Gold, M.D.Clinical Director of Children's
Rehabilitation Services, New York since 2003. It is very painful for Zubair and his family
that for the last one year the treatment of his daughter has suffered due to the unlucky
episode being faced by Zubair. It is also a matter of great concern that Zubair's sick
mother suffering from Epilepsy and father who is a heart patient are losing their heart and
hopes. I earnestly believe that if Zubair gets sentence, his parents will not be able to bear
this shock and might not survive. I am afraid my parents would also meet the same fate
because they would not be able to see the suffering of their son in law, daughter and
grand children. Zubair's sentence can break and finish the three families.

Your Honor, my humble and respectful prayer is to very kindly give a sympathetic consideration to all the facts mentioned above and have mercy. Your kindness in this regard will save many a lives at stake. Your Honor's graciousness and mercy would help save the hopes and dreams of innocent souls whose destinies are so closely intertwined with the fate of Zubair.

With profound regards,

Amer Waheed Ch.

The Honorable Robert P.Patterson                    Dated: 31 March, 2008.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 1007.

Ref: United States Vs Hafiz Naseem, 03 CR 610 (RMB)

My name is Ijaz Mahmood Chaudhry and Hafiz Naseem is the Husband of my real Niece. Since the time my Niece Ayesha Zubair was married, I being the real uncle had been meeting with Hafiz Naseem and his family. I found Hafiz Naseem a very bright and promising personality with simplicity and humbleness. In Pakistan he was known as an intelligent and trust worthy person. He had always been nice to the people around.

Hafiz Naseem did his master in Business Administration from LUMS; a reputed institution in Pakistan and with distinction completed his studies. Primarily he started his carrier in Pakistan while working in a bank and was fully satisfied with his life keeping in view his family members.

Irrespective of the fact that his mother who is suffering from Epilepsy since last 37 years and going through a constant agony for her mother, faced with an other tragedy when his younger sister in a teen age had died in 1995. I found him the closet person to be with his mother looking after her.

In 1998 he was blessed with  a son name Danish Naseem and in 2000 he was blessed with a daughter with the name Maheen Naseem,but after a year he was faced with another agony of his life that his lovely daughter is faced with Cerebral Palsy. He had always been talking about the life of his daughter and ultimately he was suggested to move to USA for the treatment of his daughter as the said disease is not curable in Pakistan..

It will not be out of place to mention here that the said daughter of Hafiz Naseem is under the treatment of Joan T.Gold , M.D Clinical Director of Children's Rehabilitation Services, New York since 2003. I came to know that for the last one year the treatment of his daughter is disturbed because of the unlucky incident of Hafiz Naseem,To save the daughter of Hafiz Naseem from any other relapse the presence of Hafiz Naseem with his family has become more imperative because another surgery is to be performed of the said child.

Your Honor,ever since the husband of my Niece has been sent to prison. My Niece is really scared and at times lose her heart and think that her family including the kids will no more be able to live if her husband is confined to prison as she is all alone. I can imagine being a blood relation,the hardship which are going to faced by my Niece Ayesha and her two children. The health of my Niece has gone bad because of the stress which is prevailing for the last one year.

Your Honor, keeping in view the actual facts narrated above, humanitarian aspect of a family. This question may be answered in affirmative and the family of hafiz Naseem can be saved from future agonies and can also be saved from the bad days, if the case of hafiz Naseem is also into consideration on the basis of rights of his ailing wife,his son and his daughter suffering from Cerebral Palsy and his aged mother and father.

How ever, I bow before you honor for being mercy full to the husband of my Niece and request that he may kindly be spared from the prison which will go a long way for the life of his mother,father, ailng wife and two minor children.

Your Honour the paramount consideration for the welfare of two minors of Hafiz Naseem is also to be considered which can only be done with the presence of Hafiz Naseem within his family.

Your Honor I pray for mercy and only mercy.


IJAZ MEHMOOD
District & Session Judge
Presently Posted as
Chairman Drug Court
Distt: Gujranwala Head Quarter at
Distt: Lahore, Pakistan.