The Honorable Robert P. Patterson

United States District Judge

United States Courthouse

500 Pearl Street

New York, New York 10007

**Sub:** <u>United States v. Hafiz Zubair Naseem, 03 CR 610 (RMB)</u>

Your Honor,

        My name is Zahra Malik and I am the sister In law of Hafiz Zubair Nasim. I have been a part of this family for the last 9 years but I have known them since childhood. I have always known Hafiz Nasim to be a very kind, loving and caring person, without a single mean or selfish bone in his body. Ever since I got married, he has become the elder brother that I never had. As usual in a typical Pakistani family, I have shared the same house with my in laws, as well as Zubair and his family, for the first 5 years of my marriage and know that he is that person of the family who is there for everyone. He is the one we turn to whenever we have a problem or we need something. You just have to tell him the problem and he has the solution. He goes out of his way to help anyone in need. He gives financial and emotional support to the servants working in our house and has helped them in marrying off their daughters.

        I know that without him our family is incomplete. No event and no celebration is complete without his involvement and support. He is the eldest in a small family of two brothers and one sister. Being the eldest son of the family, he has always enjoyed a special place that no one else had. This place was further ensured due to his extra intelligence, hard work and extra caring and loving nature. As my husband left for the army when he was only 18 and then there was the tragic death of their only sister at the age of 19 soon after that, Hafiz Nasim has been the one and only centre of attention of my mother in law and father in law. My mother in law, who has been epileptic for many years, is very emotionally attached to him. She is always talking about how hard he has worked and studied ever since he was a young child and how much he has always cared and loved her, how she cannot live without knowing that he is safe and sound. Same is the case with my father in law, who is also a heart patient. The only reason they could bear the thought of him being away from them was because of his daughter's health problem. Even then their concerns have always revolved around Hafiz Nasim and his well being.

        Hafiz Nasim has always been very helpful and loving towards me. As my husband has mostly been away due to his job commitments, he and his wife have always been there to ensure that I never felt lonely. He helped me in gathering the data and information needed for my business studies assignments and in doing all my projects and theory works. My kids are very attached to their only uncle, who sends them gifts and clothes on all occasions. He has even named my daughter and is like their godfather. They are very worried that they have not heard from him for such a long time.

        The last one year has been pure hell for us. Life as we had always known it has ceased to exist. I know that it must be the same for Hafiz Nasim, even more so as he is alone. We, as a family, are

incomplete without him among us. All our happiness and family life will be destroyed forever if he is not there to share it with us. My in –laws will not be able to take the terrible blow of his absence and I am very worried for their health, as well as my husband's, who always looks towards his elder brother for guidance and support in everything. I know Hafiz Nasim must be suffering a lot right now just thinking what this entire situation must be doing to his family. That alone is punishment enough for such a caring person who is so attached to his family. I hope to see Hafiz Nasim soon, safe and sound among us. This is vital for his mother, father, wife, daughter, son and for all of us, who depend on him for support and love. I wish and hope to see him among us soon, as without him among us, safe and sound, we will not be able to lead a normal and happy life. Kindly have mercy on all of us and let Hafiz Nasim free for the sake of an entire family. Thank you.

Respectfully yours,

Zahra Malik.

Sister in law of Hafiz Muhamad Zubair Nasim

The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Hafiz Naseem, 03 CR 610 (RMB)

My name is Khurram Javed Maqbool and I have been a close friend and class fellow, in
Engineering and MBA schools, to Hafiz Naseem. I know him since last 20 years and therefore
can say that I know him quite well. And it is therefore, I very strongly feel that it is my
responsibility to shed some light on the sort of person he is.

Hafiz's current immediate family consists of his Father, who is a heart patient; his Mother, who
is a patient of epilepsy; his wife, who is a house wife; his 10 year old son; his 7 year old daughter,
who is suffering from cerebral palsy since birth; and his younger brother. The family status
clearly shows that family is dependent on two brothers and as Hafiz is elder, he assumes larger
responsibility for his family.

I would like to also share my experience of Hafiz when we were students in engineering and
MBA schools. As student, Hafiz was not only a very intelligent and bright student but he was
also a very nice human being by heart. He always used to help other students and I have never
seen him turning down anybody seeking his help. Lot of students in our schools had come from
different cities and they always missed their homes. For them, Hafiz's house was like a home
and he and his family always showed great hospitality to his class fellows and friends. He was
also a very good player of Squash and Badminton. Apart from studies and sports, Hafiz was very
active in different type of social services. He was member of Blood Donating Society in
engineering school and at many occasions I have also seen him collecting money for poor and
needy people. Personally, I have always found him a great help as he helped with many of my
engineering and MBA courses. You can very well determine that for his family he was always
been a reason to be proud of.

Hafiz decided to go to United States in order to achieve two objectives. Primarily, he wanted to
provide the best medical treatment to his daughter and secondly, he also wanted to excel in his
field and career. And in this regard our whole circle of friends used to consider him an ideal
person who was dealing greatly with all the problems of life while very successfully pursuing his
career.

Your Honor, due to the events of last one year, you may very well imagine that what will be the
impact on family who depended so much on Hafiz. Health of his both parents is deteriorating
rapidly; his wife and children are terrified and have no idea of what would become of their future;
his daughter's surgery has been delayed and may have very serious effect on her whole life; and
his brother and friends are confused that what has happened and why it has happened. It is very
unfortunate and difficult to see such a promising career and such a nice man going down. The
last one year was like a worst sentence for Hafiz himself. He has lost his job and career and he is
watching so many people suffering for him and with him. In the hindsight this is even a greater
torture than his personal agony. And now if he gets a strict sentence, I assure you that this will be
the sentence for whole family and not for Hafiz only.

It is therefore my very humble request Your Honor, to consider Hafiz's past and his family
circumstances and give him one chance to once again become the same useful citizen he used to
be.

Thank you for your kind consideration.

Khurram Javed Maqbool

The Honorable,
Robert P. Patterson,
United States District Judge
United States Court House
500 Pearl Street
New York, New York 10007

15th March 2008

Respected Sir,

Subject: **United States vs. Hafiz Zubair Naseem 03 CR 610 (RMB)**

My name is Shahid Mir & I am currently working as Head of Credit Policy at United Bank Limited, the second largest private bank in Pakistan with assets of approximately US$ 9 billion. I have over 20 years Banking experience. It was in my last employment at American Express Bank where I first met Hafiz Naseem for a position in Corporate Banking during 1996.

Upon being hired Hafiz Naseem quickly became one of the favorites on the corporate floor due to his incisive mind, sharp wit & sanguine sense of humor. I became very fond of Hafiz Naseem & was comfortable in having him work on our projects due to his focused & logical thinking, mathematical intuition and boundless energy.

While he was doing extremely well in the 5 years that he worked with us he opted to go to USA in 2002 to further improve his academic credentials and broaden his scope for future employment. His action was also motivated by the possibility of better medical treatment of his daughter Maheen who suffers from cerebral palsy since birth.

Hafiz Naseem is a warm, friendly, generous & helpful individual. Very sensitive to the problem of others, particularly towards people with special needs.

A traditional person Hafiz Naseem is very close to his family who depend on him for financial & moral support.

A devoted son, loving father & a caring husband, his impending sentence will have a devastating effect on the lives of so many people. The financial and emotional cost for his wife & children as he was the only bread earner, the helplessness of his old ailing parents and the void felt among a vast array of friends would be severe.

The last 9 months have proved to be traumatic for Hafiz Naseem, his family & friends. The career that he had aspired for has crumbled and it has been torturous to see the people around him suffer because of him. Financial pressures suffered by his family are immense and could possibly jeopardize the treatment of his 7 year old daughter. His parents, one being a heart patient and the other epileptic, have been emotionally shattered which is having an adverse effect on their health.

I am particularly saddened by the events leading up to his impending sentence. Over the years we had become good friends and golfing partners. His infectious humor and optimism could lift the mood of the surrounding environment. He went out of the way to help others, particularly the economically impoverished and the physically handicapped.

Surely such a person deserves compassion in his hour of need. I trust you will find it in your heart to show a merciful & magnanimous spirit when dealing with the judgment of this troubled soul. I would like to appeal for the most lenient sentence that is possible.

Thanking you in anticipation,
Yours faithfully

Shahid Mir

Honorable Robert P. Patterson                    March 08, 2008
United States District Judge
United States Court House
500 Pearl Street
New York, NY 10007

Re: United States Vs  Hafiz Zubair Naseem 03CR610 (RMB)
Honorable Judge:

My name is Muhammad Naseem the father of Hafiz Naseem. I am a retired rail road engineer of Pakistan Railway. I am 66 years old and my wife is 60 years of age. My wife the mother of Hafiz Naseem is suffering from Epilepsy for the last 37 years.  She is in a critical condition and her health has further worsened ever since she heard that her son Hafiz Naseem has been sent to prison. I myself am a heart patient for the last 17 years. My health is also deteriorating every day on account of the present stress about the present situation of my son Hafiz Naseem.

We had three children, two sons and one daughter. The eldest of them is Hafiz Naseem. My only daughter Mahnoor suddenly died at the age of 19 years in the year 1995. She was the one who used to look after her mother and after her death it became extremely hard for her mother to overcome this tragedy and her health further deteriorated .

My eldest son hafiz Naseem is very brilliant, intelligent , hard working and obedient. He always excelled in his studies. He got his engineering degree from the University of Engineering and Technology, Lahore, Pakistan. He also did his MBA from the Lahore University of Management Sciences (LUMS), Lahore, Pakistan. He was also well placed in the American Express Bank, Karachi, Pakistan. There at that time in 2001 it was informed by the doctors that his only daughter Maheen Naseem was suffering from Cerebral Palsy (CP). To his utter shock of his life the doctors in Pakistan declared that she will never be able to walk and there was no treatment of this disease in Pakistan.

Then he decided to move to USA mainly for the treatment of his daughter who was suffering from Ceregral Palsy (CP). He is a ferocious  leader and has always craved to get further education. He got himself enrolled in the stern business school for the degree of MBA finance. He get the degree in 2004. He also continued to get the treatment of his daughter ever since he arrived in USA. In the year 2004 his daughter Maheen had undergone a Selective Dorsal Rhizotomy Surgery , which was an extensive neurosurgical procedure on her back in order to modulate the abnormal tone in her lower extremities. She is still in need of extensive lower extremity release surgery and possibly bone intervention. She is under the treatment of Doctor Joan Gold. Clinical Director of Children's Rehabilitation Services. New York.

Maheen is a student of 2nd grade and her brother Danish are studying in Ridge Street School, Rye Brooke, NY. My son Hafiz Naseem was living with his family which includes his wife Ayesha Zubair, son Danish Naseem and daughter Maheen Naseem. My son was working as an investment banker. I do not know as to what happened and unfortunately for our family, he got involved in this case. My family and my sons family

is in extreme distress, agony, mental torture and in fact had been completely shaken and is in shambles for the last one year.

Your honor I may point out that we belong to a middle class family in Pakistan. We are law abiding citizens. In our own family there is no record of criminal activity. My son Hafiz Naseem had always been a law abiding person with no criminal history. He was always ready to help the needy especially to help the poor people in the arrangement of marriages of their daughters in Pakistan. He also used to help the needy people here in USA as far as possible. Mr. Hafiz Naseem has great love and respect for me and his mother. He is always worried about the health of his old parents who are quite sick.

Your honor me and my wife are old and sick  Our health conditions are deteriorating every day. Me and my wife are extremely sick and are in the last phases of our lives. We can pass away at any time as we are sick and old enough. Me and my wife are not in a position and cannot bear the hardship and grief if my son Hafiz Naseem if sentenced to prison. At the last leg of our life he is the main hope for us.

Me and my wife are extremely worried and have always worried that if we die who will look after AyeshaZubair ( Hafiz's wife) and the two children Danish and Maheen. My daughter in law Ayesha Zubair does not work due to the small kids and especially the handicapped daughter Maheen Naseem, who moves around in crutches. Maheen Naseem also is in need of physiotherapy , occupational therapy and other therapies needed for the treatment. The only earning person in the family here in USA was my son Hafiz Naseem. He is without a job since may 03, 2007. They are in extreme financial crisis and if hafiz Naseem is sentenced to a prison term of significant length, we do not know as to how they will survive and continue to live under such extremely bad condition. My daughter in law was not a tuned to system as she was only looking after the children. My son hafiz Naseem was the only person earning for his family, who used to arrange the medical treatment of his daughter, who used to help his wife in running the house, who used to console his wife in connection with the treatment of his daughter.

My daughter in law Ayesha Zubair has also become sick due to the extreme strees on account of this case. She has become a patient of increased insulin. She is on regular medicine and is under doctor's observation. I am further worried that God forbid if any thing happens to my daughter in law Ayesha Zubair who will look after the two young kids Danish Naseem and Handicapped daughter Maheen Nasee.

Honorable judge, please have mercy in your heart and bear in mind the ramifications that will occur to the family of Hafiz Naseem and especially his to handicapped daughter Maheen Naseem if he is sentenced to prison.

Muhammad Naseem
(Father)

The Honorable Robert P. Patterson

United States District Judge

United States Courthouse

500 Pearl Street

New York, New York 10007

**Sub**: <u>United States v. Hafiz Zubair Naseem, 03 CR 610 (RMB)</u>

Your Honor,

Please allow me to introduce myself. I am M.Usman Naseem (younger brother of Hafiz Zubair Naseem) and I am serving Pakistan army corps of Engineer as a major. Allow me to give you a brief and very personal account of my brother's life. I can't find a word that can express what Hafiz Naseem means to us (family) and me, we have forgotten how to live in a normal way since last one year. The situation through which we are going is not the 1st tragedy that has come across our family but it may be the last before an irreparable damage is caused to all of us mentally, physically, psychologically, socially and most importantly morally.

During school days, Hafiz was head of student council. He learned the Holy book by heart along with normal studies (very few can do). He pushed himself for it, only for our mother's wish. He didn't settle for it and went on to pursue his career, did civil engineering with honors, also cleared competitive exam for civil services in Pakistan on mother wish, but didn't join as he wanted to do extra to make us all proud of him. He did MBA from LUMS the top business school in Pakistan. During his MBA our family went through the tragedy of our life when my only sister Mahnoor died at the age of 19years. Hafiz in the middle of studies got married with Ayesha just to help family in recovering from lose. After MBA he served American express bank and was declared best employee of the month several times, this shows his devotion desire to excel in his career. Loving and caring Hafiz Naseem was put into test, when Maheen(my niece)was found to be having trouble in walking even standing. The best treatment that she could get in Pakistan wasn't good enough for her and her Dr suggested to get her treated from USA. This situation put my brother (Hafiz Naseem) into making a decision of going to USA for Maheen's treatment. At that time I also had to leave for a UNO peace keeping mission in Sierra Leone. After the loss of my sister, being a emotionally knitted family, we used to remain in touch to overcome fear of insecurity about each other. He promised me to be in touch with parents on daily basis. He will work very hard and they will be happy to see him prosper in his profession, also Maheen's treatment is important. He did exactly the same. He always believes in one thing that recipe of success is sheer hard work, eagerness to learn and the blessings of parents.

Though in USA, I never felt him away as he took care of everybody in detail which reflects what a pure, sensitive and caring heart he has. From ensuring parents routine Dr Visits to remembering my kid's birthdays, he always thought about everyone. For me he is beacon of light, source of guidance and advice in life (moral support in tough military life, family affairs, even in my professional studies of military history and international affairs). It is unimaginable for us to have any future if center of gravity (Hafiz Naseem)is disturbed. A person so careful of his responsibility for family and so concerned towards problems of everyone will never be able to bear the thought of leaving them hanging alone in hard times.

Already traumatized, my family got the worst possible jolt by the news of Hafiz's arrest in last May. Since then miserable family condition is like a ship which has suddenly lost navigation, communication and power right in the middle of an ocean. We are facing losing the presence of our beloved brother as well

as the honor and dignity which my parents have spent their whole lives earning in the society. Your honor **Pre-sentence punishment of family** is as follows:-

1. **M.Naseem(Father).** Old man (heart patient) of 66 fears losing his son who has already lost his only daughter resulting in seriously decaying health condition. Lost not only his life earning (honor and respect in society) but his only and most valuable investment in the shape of Hafiz's education and to see him prosper in his career.

2. **Parveen Akhter(Mother).** Old and very sick(suffering from epilepsy for last 37 years) fearing to lose her elder son while still not recovered from the tragic death of her only daughter in teen age. The son that was no ordinary one but who took her every wish to heart, and comforted/cared for her in every way. Her only pride in life (moral training of her kids and to see them being successful /useful to society) has been taken away from her. Her terrible condition due to old age, health which has gone worse from bad, stress and a feeling of helplessness that she might not be able to see her son in her life has brought her to the edge. She will collapse and sentencing Hafiz to prison will become **fatal for her.**

3. **Ayesha Zubair(wife).** A housewife totally dependent on Hafiz under immense pressure for the last one year is now facing difficulty in raising her kids. She is worried about the future and psychological problems of her kids leaving aside her own mental and health state which is resulting in insulin problem due to stressful life of last year.

4. **Danish Naseem(Son).** A very intelligent and sensitive young boy of 10, too young to understand anything is confused to see every elder around worried and shattered. Sudden absence of his father is adding to the insecurity felt by him and is showing symptoms of psychological problem.

5. **Maheen Naseem(Daughter).** A sweet and loving child of 7, struggling to live a normal life, with extra ordinary support, love and care of her father has started feeling his absence. Other than psychological problems that she is facing, she is **worst effected** due to situation by losing cheerfulness and stopped using her willpower which is vital for her recovery. She doesn't even know why her surgery had been delayed.

6. **Usman Naseem(Brother).** I am seeing misery of my family every day since last one year and to my fear it will not sustain longer before any irreparable lose might be caused if situation doesn't change. Family pride and honor which is the most important thing in our society has been taken away very cruelly by press.

7. **Zubair Naseem(Self punishment).** Lifelong devastation to see people he love and care so much suffer because of him cannot be imagined by anybody else. Lost self pride, job and deprived of much needed support that he was providing his family is tearing him from inside. Strong feeling for the loss to family name and pride is playing havoc with his mind. Lost the career for which he had been working very hard all his life (38 years) in itself is not less than a **sentence of rigors term for life.**

Your honors to **my fear** likely consequences of sentence will be:-

1. Old and sick parent's health and **GOD forbid life** will be in serious danger.

2. By losing love and support that can only be provided by Hafiz's his wife and kids will face great psychological problems for life. He is also the only bread earner for the wife and kids.

3. Maheen's treatment will stop and an innocent child's future life will be jeopardized in a harsh way for no fault of her own.
4. Friends and family will be deprived of the company of a very useful and sincere member of society.
5. Less fortunate people he used to help will be deprived of their helper.
6. The young children in our family who are always given examples of Hafiz Naseem as an ideal student, son, brother, father and husband will lose a role model.

My mother prayers are for you (your Honor) to have a soft fatherly heart while giving sentence.

Innocent family of mine will be receiving a multiplied/magnified effect of Hafiz's sentence, probably incurable. I am at loss of words to describe my feelings of being so helpless in alleviating the pain and suffering of the whole family. I beg Your Honor most humbly to have consideration for so many innocent lives which are and will be effected so badly and count the pre-sentence suffering towards the sentence of Hafiz. Have mercy on Hafiz and family and grant him with the highest level of compassion and leniency and pardon him on humanitarian grounds. Thank you.

M.Usman Naseem

00923009499761

March 07, 2008

Honorable Robert P. Patterson
United States District Judge
United States Court House
500 Pearl Street
New York, NY 10007

**Re: United <u>States   V.   Hafiz Zubair Naseem, 03CR610 (RMB)</u>**

Dear Judge:

My name is Ayesha Zubair wife of Hafiz Zubair Naseem who would soon be standing before you for sentencing. I am horrified, absolutely lost, confused, and not sure as to how to begin.

My husband was charged about a year ago. I prayed every day and every night that this shall not happen and God may protect us from the tragedy that will fall and happen on us. I believe it was a tragic day when my husband was taken to prison. I have stood by my husband through out the whole difficult period from which he was passing and I was also feeling the same. I tried to console and encourage him. I'm always afraid of the fact if some tragic things happen, it will be difficult for us to survive. He will lose his mind and heart and will be shattered physiologically, physically, and morally. I used to feel strong while trying to give him courage and strength but all the time from inside of my heart I had all the fears that I was a broken person.

I am scared for my life and for the life of my family. My family consists of my husband, my son Danish aged 10 years and my daughter Maheen aged  07 years. The most tragic part of my life was that I always remained in mental agony, torture, very difficult time, and trying situation ever since the birth of my daughter Maheen aged 07 years as she was not a normal child. My daughter Maheen was born premature. I looked after my baby to grow up as a normal child, with lot of efforts and difficulties. I spent day in and day out to take care of this baby. I would not have been able to do this with out the support, strength and consolation of my husband. My husband was always there to help me in caring this little premature baby Maheen, helping me and his little baby because it was very difficult from health point of view to grow up this baby. I am really a tired person in keeping the house and attending to the two children. Now that this dark cloud is over our house every day I am living in a state of fear, agony mental torture and a complete shattered and helpless person. Every thing is so hard, I feel that I cannot do any more and the thought that if some thing happens to me, who will look after my baby son Danish aged 10 years and disabled daughter Maheen aged 07 years.

After year of the birth of my daughter Maheen, my husband and I to our utter shock and despair in life came to know that our baby girl Maheen is suffering from Cerebral Palsy (CP). For days weeks and many months we used to weep and cry when we learned that our daughter Maheen will not recover and she will never be able to walk for whole of her life. We went from pillar to post to find some treatment in Pakistan but all the medical doctors and expert consultants informed that there is no treatment of Maheen in Pakistan. My husband became extremely disturbed and frustrated, when he learned this. He used to cry all the time after coming to the house from work. He used to take all the care and look after the baby Maheen who is handicapped, just to give me little relief, as I used o be all the day busy in looking after my handicapped daughter and son Danish. My husband was the only person who used to console, give me little rest, and also to take appointments from doctors, medical specialists and what ever possible for him, he used to look after our handicapped daughter, son Danish, and me.

My husband Hafiz Zubair Naseem was studying in the business school named The Lahore University of Management Sciences (LUMS), Lahore, Pakistan when I got married to him in the year 1996, before that he had an Engineering Degree from the University of Engineering and Technology, Lahore Pakistan. He was a studious and a hard working student who often used to tell me that he would try to excel at the top of the class.

When my husband learned that there was no treatment of his daughter in Pakistan he decided to come to United States for the special treatment of his daughter and also for the opportunity to study. He got himself enrolled at the Stern School of Business, New York. All the of us including the kids Danish and Maheem came to the United States with the major purpose of getting treatment for our daughter in 2002. He graduated in the year 2004 and started his career as an Investment Banker, where unfortunately he was involved in this case. **My daughter Maheen aged 07 year is suffering from Spastic Diplegic Cerebral Palsy. She is under the treatment of Joan T. Gold, M.D. Clinical Director of Children's Rehabilitation Services. Rusk Institute of Rehabilitation Medicine, New York. After lot of tests and research work done by doctors my daughter had undergone a selective dorsal Rhizotomy procedure, which is an extensive neurological procedure on her back in order to modulate the abdominal tone in her lower extremities. She is still in need of extensive lower extremity release surgery and possibly bone intervention.**

**My daughter Maheen aged 07 and her brother Danish Naseem aged 10 are studying in Bruno M. Ponterio Ridge Street School, Rye Brook, New York. Maheen is in the 2nd grade and Danish is in the 5th grade. Maheen Naseem is confined to using crutches to move around in the school. This school is uniquely qualified to work with Maheen. Maheen, who moves in crutches, receives a full time one-to-one aid as well as adapted physical education, occupational therapy, and physical therapy. All of these services are delivered on site for the purpose built therapy room. I am really scared, horrified and at times lose my heart and think that my family including the kids will no more be able to live if my husband is confined to prison and is unable to**

**support us. I'm further horrified of the idea that if my husband is sent to prison then my son Danish, daughter Maheen, and my self will no longer be able to stay within this school district. If we are forced to leave Ridge Street School then Maheen will have to wait months to receive the proper medical facility, what will all likelihood be inferior services at other schools. This could have a life long impact on both Maheen and Danish.**

You're Honor ever since my husband Hafiz Zubair Naseem had been sent to prison; my both children Danish and Maheen have started feeling the absence of their father. The psychological aspects have also started appearing on the behavior of my two kids. My son Danish who is a very brilliant and shining student in the school had developed the tendency of being introvert. He has gone quiet, does not mix up with the schoolmates and every day he is making a distance and has gone at the back. He does not take any active part in the extra curricular activities of the school. My daughter Maheen has also become a serious child and every day asks about her father which in due course of time her mental state will also be disturbed.

I am a house wife with no work and absolutely have no income. I am not attuned to the system of this country. My husband was the earning hand, he could understand the system and he used to take care of the family issues including me, my son Danish, and especially my daughter Maheen. I exactly do not know as how to approach the doctors and I am daily handicapped to talk about the treatment and the further possibilities of being taken care of medical facilities. It was my husband who used to handle all these things. Some times I feel that if something happens to me, there will be no one to look after my kids.

My husband and I believe in god and we pray everyday that god may save us from further hardships to my self and to my husband who is so caring and loving to me and my children, and I used to consider myself the luckiest wife.. **I am in so much love with my husband and my husband loves me so much that both of us can never ever imagine staying separately and spending our life as a normal human beings. My husband is also very caring and loving to the needy people. He is an excellent man and I am proud of my husband for all the good qualities he has. My husband was always on the look out to find the less fortunate people to help them in the shape of giving money, food, and comfort. I have found him a very good person who believes in religious and moral values. He had provided even shelter to less fortunate and needy people. He helped them financially, physically, and morally to help the needy people in arranging the marriages of their children.**

**How will we explain the situation to both our kids? The shame they will feel, I can already see from heir faces that they have something in their minds that there is some problem with their father and when they think of this they become upset and disturbed. My son Danish has adopted the habit of over hearing conversations which I have on the phone with some family and friends. My son appears to be too sensitive on the issue of his father. It also appears that he feels ashamed and that's**

why he has become introvert and also maintains distance from his classmates. This has also been observed by the principal of the school. My son Danish and daughter Maheen are very bright students and I am always afraid and feel so frustrated to think that something may not occur bad which can hamper their studies. We did not have fancy things, but a good name and a home where people could come and get some love and happiness. That is what we always had and that was also the pride of our children. That was our happiness, now that too has gone from us. It's like the bright sun which will just set in the middle of the day and becomes black.

My husband's family is an unfortunate one, my husband's sister named Mahnoor aged 19 years suddenly fell sick and died within couple of days in the year 1995. It was a catastrophic tragedy in the death of his teenage sister, no words can be found to state the family situation due to this death. Further my husband's mother is a patient of Epilepsy for the last 37 years. The sudden death of the teenage daughter further deteriorated the condition of my mother in law and she has never recovered from this colossal loss ever since the death in the year 1995. The news of my husband being involved in a case the condition of my mother in law had gone from bad to worse and she is dying every day and especially when she learned that her son had been sent to prison. My father in law Mr. Mohammad Naseem is a retired rail road engineer. His age is 66 years. He is a heart patient and this incident of his son had further worsened his health. His heart problem is also becoming from bad to worse every day. He is absolutely in a bad state of health. He is so worried and confused about the situation of his son Hafiz Naseem that he often starts crying. My husband Hafiz Naseem is the eldest in the family and the only hope for them.

Your Honor there is lot more to say and I can keep on writing for hours and hours, I have tried to give you an idea of our situation, and what will happen, if my husband is sentenced to a prison term of any length. He is the one who was the earning hand in the family. I do not work because of my young children and especially my handicapped daughter. He is the one who used to bring the pay checks every month and with that money we used to run the house. There are severe financial crisis as my husband is out of a job since May 3, 2007. He was the one who used to get the kids ready at the time of going to school. He was the one who used to give them breakfast while going to the school. He was the one who used to help me in running the house. He was the one who was most important in the treatment of our daughter by meeting the doctors and arranging the appointments. He was the one who used to teach the two kids while doing the homework. He was so good in many ways that he was always on the top of things. He used to be so nervous, feel terrible, and frustrated to see me worried all the time about the future of our family. He was the one who has started feeling not good about his health, about the future of the two children and his wife. My health has gone bad. The stress for the last one year has created health problems. My insulin has increased. I am on medicine and my doctor is examining me.

Honorable Judge I have poured my heart out but I still feel helpless and at a loss of expression to appeal to your kindness for mercy. Just the thought of Hafiz being

sentenced is enough to cause numbness in our spines. I would only beg your mercy to spare him from prison.

Ayesha Zubair
Wife of
Hafiz Zubair Naseem
74 Greenway Lane
Rye Brooke, NY 10573

# *Virtual University of Pakistan*



M.A. Jinnah Campus, Defence Road
Off. Raiwind Road, Lahore
Tel: 042 - 920 3113-7, Ext: 214, 217
Fax: 042 - 920 2174, 920 0604
E-mail : info@vu.edu.pk
URL: www.vu.edu.pk

Dated: March 13, 2008

### To Whom It May Concern

This is to state that Mr. Hafiz Zubair Naseem is known to me in my personal capacity since almost 34 years. I have always found Zubair to be honest and a man of principles. He has always proved to be fair in his day to day dealings.

He has a loving wife and two beautiful young children. His children are very attached to him due to his caring nature. Zubair's daughter, the younger of the two children, needs special attention and care due to some disability in her gait since she was born a premature baby. Zubair's parents are also getting old and his mother needs his special care since she too has always had problems with her health. She misses him a lot and direly needs someone to care for her especially at her age.

I hope and pray that Zubair can be with his family very soon specially due to the health related problems with his daughter and mother.

Sincerely,

(Ehsen Puri)
Head of Networking Department.
Email: netexec@vu.edu.pk

The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Hafiz Naseem, 03 CR 610 (RMB)

My name is Samreen Rabbani and Hafiz Naseem is my brother in law.  Naseem's wife Ayesha is my younger sister.  I know Hafiz Naseem since 1995. He belongs to an educated, humble and noble family. When my sister got married to Hafiz Naseem in 1996 he was a young brilliant student of MBA at Lahore University of Management sciences. His life was very difficult since his childhood because her mother is suffering from Epilepsy since the last 37 years and being the eldest child he had to take care of her mother because his father who was a Railroad Engineer was out of station for long durations. The family suffered a catastrophic tragedy due to the death of his teenaged sister in1995.

Hafiz Naseem was working as a successful Banker in Pakistan when he was blessed with a son Danish in1998. In 2000 my sister gave birth to their second child, a beautiful lovely daughter Maheen. She was a very cute and adorable child but she suffered from cerebral palsy. It was a great agony and distress for the family when they couldn't see their young daughter walk and play like other children. I remember my sister weeping and praying to God for some miracle to happen so that young Maheen could walk. Naseem went through a very difficult time running from pillar to post to get medical help for her daughter. The doctors advised him that the only place where he could get the treatment for her daughter was USA. This was the reason, which made him think to move to USA.

In year 2002 Hafiz Naseem along with his wife and two children moved to USA for obtaining the appropriate medical treatment for his daughter. The treatment of Maheen started and she underwent an extensive sensitive surgery for Slective Dorsal Rhizotomy in order to modulate the abnormal tone in her lower extremities. She is under the treatment of Clinical Director of Children's Rehabilitation Services New York since the last five years.

The treatment of their daughter has been disturbed, due to the unfortunate turn of the events. Hafiz Naseem is in jail and his entire family is going through very difficult times. My sister Ayesha Naseem, has become sick as her insulin has increased due to extreme mantle and physical stress. Both their children are very upset and are afraid to ask about the whereabouts of their father. The improvement in Maheen's walk due to the surgery and continuous therapy is deteriorating due to the disturbed treatment and the mental tension in the absence of her father.

 The health of his ailing mother and father who is a heart patient is declining everyday. Everyone of Naseem's family is undergoing tremendous suffering especially his little handicap and sick daughter Maheen.

**Your Honor, I request you to kindly have mercy on Hafiz Naseem and spare him from prison so that he could again live with his family as a good father and husband.**

*Samreen Rabbani*
*15.05.2008*

Samreen Rabbani

March 11, 2008

The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street, New York, NY 10007.

Re:  United States vs. Hafiz Naseem 03, CR, 610 (RMB)

Your Honor,

This is with reference to my friend Hafiz Zubair Nasim, the defendant of the case mentioned in the subject. To briefly introduce myself, I am currently working as an Investment and Project Development Manager of Oman Development Company, a real estate developer firm operating in the Sultanate of Oman. Before that I have worked in different capacities with some reputable organizations of Pakistan, UAE and Oman.

I have known Zubair for almost 20 years now, since February 1988 when we joined the civil engineering department of UET, Lahore. In 1995, I felt lucky on once again becoming the class fellow of Zubair at the business school of LUMS. During this friendship of over 20 years, I cannot recall even a single instance where I was even slightly disturbed by any act, oral or otherwise, of Zubair. The only thing I can recall is his kindness, compassion and sympathy not only towards his friends but also towards the society in general. I can recall his always motivating attitude towards us to do something more for the society. I recall our collective participation in many social activities like working day and night for a flood relief camp and setting up the first blood donors' society of UET, Lahore. Even considering specifically the circle of our friends, I recall his personal car and his other belongings being used by all of us friends like they were our own. His house was extensively visited by those of us who were living in student hostels and at times needed the comfort of a home and his family was always beside him to welcome any or all of us together. These may be small acts of compassion and generosity but definitely reflect on the personality of Zubair.

Zubair and his family have also seen many personal tragedies like the untimely and unfortunate death of his teenage sister. But Zubair, as well as his family, faced all the difficulties with great patience and courage and I could not detect any afterwards change in their positive attitudes. Your Honor, now that I have heard of Zubair's problems in USA, I feel extremely sad for him and his family. I, therefore, with humility, plead to you to consider his case with kindness, compassion and maximum sympathy.

With Kind Regards,

Aqib Salam
Investment and Project Development Manager
Oman Development Company
Mazoon Road, Al-Mawaleh South
Seeb, Sultanate of Oman.

# MIAN MUHAMMAD SALEEM

**Advocate High Court**

*Ex* NAZIM U.C 228

78-District Court
Faisalabad
Ph: 260023
Mob: 0300-9659100

---

The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    <u>United States v. Hafiz Zubair Naseem, 03 CR 610 (RMB)</u>

I feel honored to address you. First I would like to introduce my self. I am a legal practitioner in Faisalabad since 1976. I had been teaching at law faculty of central Punjab University at Faisalabad, I was elected a member of the lower house of parliament of People's colony Faisalabad in local body elections for four years i.e. 2002-2006 and I have the honor of being the chairman of Justice Forum Faisalabad as well.

Hafiz Zubair Naseem is the son of my real elder sister. The whole family is proud of his educational achievements. He started his career with great ambitions, hopes and prospects. He got his first professional degree of civil engineering from The University of Engineering and Technology, Lahore. Then he decided to continue his educational career as he was very ambitious for further education. He did his M.B.A from one of the leading business institutes of the country, Lahore University of Management Sciences (LUMS). After it he joined American Express bank where he had a brilliant performance and was certified by different honors.

My sister has two sons and a daughter, daughter passed away leaving the family in great sorrow. The other son Mr. Usman Naseem is an army officer and is usually posted far from his parents. My sister is an epilepsy patient for a long period and it was Hafiz Naseem who used to look after his mother. His father is also a heart patient and he is the only person who supports his family. Hafiz Naseem's parent's health is in serious danger and they can not suffer any further shock after their daughter's death. Any problem with their children will lead them to miserable conditions and now they need all the sympathies of humanity.

---

Res: 591-B, Peoples Colony Faisalabad. Ph:540560

# MIAN MUHAMMAD SALEEM

**Advocate High Court**

Ex. **NAZIM** U.C 228

78-District Courts
Faisalabad
Ph: 2600231
Mob: 0300-9659100

Hafiz Naseem has two children Danish (son) and Maheen (daughter). Maheen is physically handicapped and a patient of Cerebral Palsy (CP). Hafiz Naseem went to U.S.A for her treatment on the advice of Pakistani doctors. Maheen still needs extensive care which only can be provided by her father as he is the only earning person in the family, otherwise his daughter's surgery will be delayed which will adversely effect her future and health.

If Hafiz Naseem is sentenced, it will have adverse effect on his family as well as his parents. I know that my sister, who is very emotionally attached to her son will be unable to bear this shock. His wife and kids will lose their love that can only be provided by him. His daughter's treatment will stop which will give much tough time to his family, especially his daughter and my sister.

I beg you to consider his family's conditions that have done nothing wrong and please do not let them suffer and have mercy on his children and parents. Kindly do not separate him from his children and a family who needs him so much. I appeal for mercy while considering his case.

Mian Muhammad Saleem

**Advocate**

**High court**

Res: 591-B, Peoples Colony Faisalabad. Ph: 540560

Honorable Judge Robert P.Patterson          Dated: 31March,2008.
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007.

Re: United States Vs Hafiz Zubair Naseem 03 CR 610 (RMB)


Honorable Judge,

Your honor I take this opportunity to beg compassion and mercy for Hafiz Naseem. My name is Lubna Sameer. I am the eldest sister of Ayesha Zubair the wife of Hafiz Naseem. My sister Ayesha Zubair was married to Hafiz Naseem in the year 1997. Even since this marriage took place I found Hafiz Naseem as very humble, noble and educated person. He was very caring for his wife and family. Mr. Hafiz Naseem was studying in Lahore University of Management Sciences (LUMS) a very prestige's institute; he was a student of MBA.

This is an unfortunate family. The life of Hafiz Naseem was very difficult right from his childhood, his mother was a patient of Epilepsy and being the eldest child he had to take care of his mother and his father who was a railroad engineer in the Pakistan railways but used to be out of station for long duration to perform his duties. His only younger sister Mahnoor met a sudden death at the age of 19. This was a very tragic period for his entire family. The condition of his mother deteriorated after the death of his sister and his father who was also a heart patient was in very bad physical health. Hafiz Naseem being the eldest in the family had not only to look after the ailing parents but also to console them in their period of agony and distress.

Hafiz Naseem was blessed with two children Danish Naseem now age 10, student of the 5th grade and Maheen Naseem now age 7, student 2nd grade. Further difficulties along with mental agony and stress started with the birth of Maheen Naseem. Maheen Naseem was a premature baby and both Hafiz Naseem and his wife Ayesha Zubair had to put in lots of efforts to raise their lovely child. It was very unfortunate that at the age of 1 Maheen Naseem was diagnosed as a patient of Cerebral Palsy (CP). Further shock to the parents was the time when the doctors in Pakistan informed that there was no treatment for Maheen Naseem in Pakistan. It was further told that she will no longer be able to stand on her 2 legs for the rest of her life. This was a very crucial and emotional period for the parents as they used to weep day and night and would pray to God for the immediate recovery of their lovely daughter.

Mr. Hafiz Naseem was a well placed banker in the American Express Bank, Lahore, Pakistan and for the sole purpose of the treatment of his daughter Maheen Naseem, he decided to quite his job and move to the united States for the better treatment of his daughter. He also enrolled himself at the Stern Business School of NY from where he got his MBA degree in finance. He than joined JP Morgan Bank and then took a job as an Associate Investment Banker in Credit Swiss Bank in NY.

It would be necessary for the treatment that another surgery be performed and also to receive postoperative rehabilitation facility as suggested by the consultant of Maheen Naseem. I am really worried as the treatment of Maheen Naseem is likely to be disturbed on account of multiple factors and especially the absence of the father. Hafiz Naseem was the one who was meeting the doctors, going to the hospitals and managing the medication programs of his daughter. My sister Ayesha did not know much about the medical treatment and procedures and it was Hafiz Naseem who was doing everything necessary for the treatment of his daughter.

Further the family, my sister Ayesha Zubair and her two kids are facing severe financial problems as Hafiz Naseem was the only earning person in the family. My sister Ayesha Zubair during her entire stay in the United States was always occupied as a housewife and had look after her son Danish and handicapped daughter. She is absolutely unaware of the systems operative in the United States to carry the daily routine in life.

Your Honor I only appeal and request for mercy and compassion to spare Hafiz Naseem from prison and give him another chance to become a part of his family again so he can once again give them love, affection and financial support, which is the basic necessity for his family and also to become a useful citizen of the community.


Regards.

*Lubna Sameer*

Lubna Sameer
3 Begum Road
Mozzang, Lahore,
Pakistan.