UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA          :

                                  :       **ORDER OF FORFEITURE**

- v. -                            :
                                          S1 07 Cr. 610 (RPP)
                                  :

HAFIZ MUHAMMAD ZUBAIR NASEEM,     :

        Defendant.                :

                                  :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

WHEREAS, on or about November 20, 2007, HAFIZ MUHAMMAD ZUBAIR NASEEM, the defendant ("the defendant"), was charged in Superseding Indictment S1 07 Cr. 610 (RPP (the "Indictment") with conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371(Count One), and insider trading, in violation of 15 U.S.C. §§ 78j(b) & 78ff; and 17 C.F.R. §§ 240.10b-5 and 240.10b5-2 (Counts Two through Twenty-Nine);

WHEREAS, the Indictment contained a forfeiture allegation seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the charged offenses, in an amount not less than approximately $9,000,000;

WHEREAS, on or about February 4, 2008, the defendant was convicted after a jury trial on all counts of the Indictment;

WHEREAS, on May 30, 2008, the defendant was sentenced, *inter alia*, to forfeit to the United States the sum of $7,500,000 representing the amount of profits obtained directly or indirectly as a result of the violations alleged in Counts One through Twenty-Nine of the Indictment;

WHEREAS, at the defendant's May 30, 2008 sentencing proceeding the Court stated that it would order that the defendant forfeit an amount greater than $7,500,000 should the Government

provide legal authority to the Court in support of the forfeiture of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the charged offenses, including the gross proceeds realized from the illegal trading relating to the charged offenses;

WHEREAS, the Government has provided the Court with legal authority in support of the forfeiture of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the charged offenses, including the gross proceeds realized from the illegal trading relating to the charged offenses;

WHEREAS, the property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the charged offenses, including the gross proceeds realized from the illegal trading relating to the charged offenses totals approximately $9,000,000;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. HAFIZ MUHAMMAD ZUBAIR NASEEM, the defendant, shall forfeit to the United States the sum of $9,000,000, representing the proceeds obtained directly or indirectly as a result of the violations alleged in Counts One through Twenty-Nine of the Indictment, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the forfeited property in the Assets Forfeiture Fund, and the United States shall have clear title to the forfeited property.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of money or property to be applied to the money judgment against the defendant, including taking depositions, serving interrogatories and requests for production of documents, and issuing subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. The Clerk of the Court shall forward four certified copies of this Order to Abigail Seda, United States Attorney's Office, One St. Andrews Plaza, New York, New York, 10007.

Dated: New York, New York
       June 6, 2008

SO ORDERED:

*[signature]*

HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE