FILED U.S. DC
JUN 06 2008
S.D. OF N.Y.

Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

HAFIZ MUHAMMAD ZUBAIR NASEEM

Docket No.: 07-CR-610 (RPP)

Judge Robert P. Patterson
(District Court Judge)

Notice is hereby given that HAFIZ MUHAMMAD ZUBAIR NASEEM appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [____], Judgment in a Criminal Case
(specify)

entered in this action on June 5, 2008
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date June 6, 2008

TO
AUSA Joshua Klein
AUSA Reed Brodsky
1 St. Andrews Plaza
New York, New York 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

MICHAEL F. BACHNER, ESQ.
(Counsel for Appellant)

Address: Bachner & Associates, P.C.
26 Broadway, Suite 2310
New York, New York 10004

Telephone Number: (212) 344-7778

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[✓] Sentencing May 30, 2008<br>[ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment [✓] Funds [✓]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE   DATE 6/6/08

► COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05