RECEIVED
JUL 15 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN

*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

July 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED ✓
DOC #: _____
DATE FILED: 7/16/08

<u>Via ECF and Facsimile</u>
The Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Hafiz Zubair Naseem, 07 CR 610 (RPP)</u>

Dear Judge Patterson:

I am writing to respectfully request that Your Honor issue an order holding the defendant in the MDC until such time as his appeal is filed. We are concerned that should Mr. Naseem be moved it will be very difficult to go over the appellate issues we intend to raise and to prepare the brief properly.

Accordingly, we ask that an Order holding the defendant in the MDC until his brief is filed be granted.

Respectfully submitted,

Michael F. Bachner

SO ORDERED

_____
USDCJ

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

MEMO ENDORSED

*Handwritten endorsement:* Application Denied. Defendant was convicted on February 4, 2008 and sentenced on May 30, 2008. The MDC is overcrowded and the courts must assist in the transfer of prisoners. Counsel AUSAs [illegible] and Reed Brodsky has not furnished time to go over the appellate issues with the defendant. So ordered. R.P. Patterson 7/15/08

Case:     United States v. Hafiz Zubair Naseem
Index No.  07 Cr. 610 (RPP)

**MEMO ENDORSEMENT:**

*Application denied.*

*Defendant was convicted on February 4, 2008 and sentenced on May 30, 2008. The MDC is over-crowded and the courts must assist in the transfer of prisoners. Counsel has had sufficient time to go over the appellate issues with the Defendant.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 7/15/08*